# UNITED STATES DISTRICT COURT
### Southern District Of California
### Office Of The Clerk
### 880 Front Street, Room 4290
### San Diego, California 92101-8900
### Phone: (619) 557-5600
### Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

February 13, 2008

Office of the Clerk, United States District Court
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Re: William Leon Bouldin, Jr. V. Michael E. Poulos, et al., Case No. 08-CV-0217-L (AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ M. Jenkins
    M. Jenkins, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF  FEB 15 2008
AND ASSIGNED CASE NUMBER  ED CV 08 - 00217

CLERK, U.S. DISTRICT COURT

By: _____, Deputy